UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-cv-11263

GEORGE SAVAGE
                    Plaintiff,

         V.

CITY OF BOSTON and KARL DUGAL
                    Defendants.

STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) Plaintiff, George Savage, ("Plaintiff") hereby

dismisses any and all claims against the City of Boston ("City") arising from the incidents set

forth in Plaintiff's Complaint filed in the above captioned matter. Plaintiff dismisses these claims

with prejudice and without costs to either party.

[signatures on following page]

Respectfully submitted,

PLAINTIFF GEORGE SAVAGE

By his attorney,


/s/ Justin Drechsler
Justin Drechsler (BBO# 676968)
Law Offices of Justin Drechsler, P.C.
485 Massachusetts Ave, Suite 300
Cambridge, MA 02139
617-210-7955


| | |
|---|---|
| **CERTIFICATE OF SERVICE** | DEFENDANTS, CITY OF BOSTON AND KARL DUGAL |
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | Eugene O'Flaherty, Corporation Counsel<br><br>By their attorneys, |
| 9/29/17   /s/ Justin Drechsler<br><br>Date        Justin Drechsler | /s/ Katherine N. Galle<br>Katherine N. Galle (BBO#691660)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4097<br>Katherine.Galle@boston.gov |