UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-cv-11263

| | |
|---|---|
| GEORGE SAVAGE<br>    Plaintiff,<br><br>V.<br><br>KARL DUGAL<br>    Defendants. | YOUNG, D.J. *as modified*<br>So ordered as the case management scheduling order.<br>Discovery due *January 28, 2019*<br>Dispositive Motions due *Dec. 1, 2018*<br><br>*William G. Young*<br>U.S. District Judge |

## JOINT STATEMENT RE: SCHEDULING CONFERENCE

Pursuant to the Notice of Scheduling Conference dated December 19, 2017, counsel for the above-named parties have conferred. Other than considering the proposed scheduling order discussed below, the parties do not have items for a proposed agenda for the scheduling conference in this matter. The parties request the following scheduling order:

1. **Initial Disclosures.**

   Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by <u>February 26, 2018</u>.

2. **Amendments to Pleadings.**

   Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after <u>August 24, 2018</u>.

3. **Fact Discovery – Interim Deadlines.**

   a. All parties will serve initial written discovery requests pursuant to Rules 33 and Rule 34 by <u>May 28, 2018</u>. Answers and responses are to be served within the time provided by the Rules.

    b.    All requests for admission must be served by <u>November 1, 2018</u>.

    c.    All depositions, other than expert depositions, must be completed by <u>September 28, 2018</u>.

4. **Fact Discovery – Final Deadline.**

    a.    All discovery other than expert discovery, must be completed by <u>September 28, 2018.</u>

    b.    All discovery directed to third parties in the form of keepers of records subpoenas will be served by <u>November 1, 2018</u>.

    c.    All discovery-related motions to be filed on an as-needed basis.

5. **Status Conference.**

The parties request that a status conference be held on a date set by the Court.

6. **Expert Discovery.**

    a.    Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>October 26, 2018</u>.

    b.    Plaintiff's trial experts must be deposed by <u>December 28, 2018</u> or within 30 days of designation, whichever is later. Plaintiff's trial experts cannot be deposed until after Defendants have completed their expert designations.

    c.    Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>November 26, 2018</u> or within 30 days after Plaintiff discloses experts, whichever is later.

    d.    Defendants' trial experts must be deposed by <u>January 28, 2019</u> or within 30 days of designation, whichever is later.

7.      **Dispositive Motions.**

   a.   Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by February 26, 2019, and responses are to be filed thirty days thereafter pursuant to Local Rule 7.1

   [Section 7a struck through with handwritten initials]

8.      The parties agree that an order for phased discovery is not necessary at this time.

9.      **Complexity of Case; Preparation For Trial.** The parties agree that this case is not complex or otherwise appropriate for careful and deliberate monitory in an individualized and case-specific manner under Local Rule 16.1(e).

10.     **Trial By Magistrate Judge.** The parties do not consent to trial before a Magistrate Judge.

11.     **Certification.** Each party has filed or will file certifications signed by counsel and by an authorized representative of each party as required by Local Rule 16.1.