**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

George Savage
_____
             Plaintiff(s)

V.

CIVIL ACTION NO.

   1:17-cv-11263-WGY

_____Karl Dugal_____
             Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE __Young_____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On _____12/11/18_____ I held the following ADR proceeding:

      _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
      ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
      _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. The parties to report to the court _____

[X]   **Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.**

[ ]   Suggested strategy to facilitate settlement:

_12/11/18_____                     /s/ Donald L. Cabell_____
    DATE                                              ADR Provider

(ADR Report.wpd - 4/12/2000)                                                                                [adrrpt.]