UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-cv-11263-WGY

GEORGE SAVAGE,
        Plaintiff,

v.

KARL DUGAL
        Defendant.

**DEFENDANTS' ASSENTED TO MOTION FOR DISCLOSURE OF PLAINTIFFS' CRIMINAL OFFENDER RECORD INFORMATION (CORI) AND INTERSTATE IDENTIFICATION INDEX (III)**

    The Defendant in the above-captioned matter respectfully moves this Honorable Court to order the Commissioner of Probation for the Trial Court of the Commonwealth to provide Defendants' counsel, Erika P. Reis, access to all Criminal Offender Record Information (CORI) and the Interstate Identification Index (III), including but not limited to, certified records of all arraignments, convictions and probation records in all fifty states of the United States of America and its territories for the Plaintiff, George Savage.

    In support of this motion, Defendant states as follows:

    1.    Pursuant to G.L. c. 6, § 172(c), the Criminal History Systems Board has certified that CORI and III of prospective witnesses are to be made available to an attorney of record in a court proceeding when CORI and III are to be used for trial strategy or impeachment.

    2.    The CORI and III of Plaintiff George Savage will only be used by the Defendant in the above-captioned action for trial strategy or trial witness impeachment purposes, and will

1

not otherwise be disclosed to any person who is not authorized to have access to CORI or III in violation of G. L. c. 6, § 167 *et. seq.* or 803 C.M.R. 1.00 *et. seq.*

3. The Commissioner does not oppose the Defendants' request for CORI and III but will not release CORI and III without a Court order.

4. The Commissioner is willing to subject himself to the jurisdiction of this Court for the limited purpose of this motion and any order that may be issued by this Court relating to this motion.

The Defendant respectfully refers the Court to the attached proposed order.

Respectfully submitted,

DEFENDANT, KARL DUGAL

Eugene O'Flaherty
Corporation Counsel
By his attorney:

/s/ Erika P. Reis
Erika P. Reis, BBO#669930
Senior Assistant Corporation Counsel
City of Boston Law Department, Room 615
Boston, MA 02201
(617) 635-4031
Erika.reis@boston.gov

Assented to by,

PLAINTIFF

/s/ Justin Drechsler
Justin Drechsler, BBO#676968
Law Offices of Justin Drechsler, P.C.
485 Massachusetts Avenue, Suite 300
Cambridge, MA 02139
(617) 210-7955
jdlawboston@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2018, I served a true copy of the above document upon the attorney of record for the Plaintiffs and all other attorneys of record through the Court's CM/ECF system and that paper copies will be sent to those identified as non-registered participants.

/s/ Erika P. Reis
Erika P. Reis