## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-cv-11263-WGY

GEORGE SAVAGE,

    Plaintiff,

    v.

KARL DUGAL,

    Defendant.

## **DEFENDANT'S PROPOSED VERDICT SLIP**

### **Section 1983 – Lawful Arrest**

1. Has the Plaintiff, George Savage, proven by a preponderance of the evidence that the Defendant, Officer Karl Dugal, arrested him without probable cause on June 16, 2014?

    YES _____        NO _____

### **State Law False Imprisonment**

2. Has the Plaintiff proven by a preponderance of the evidence that the Defendant, Officer Karl Dugal, unlawfully confined him without probable cause?

    YES _____        NO _____

### **Section 1983 – Reasonable Force**

3. Has the Plaintiff, George Savage, proven by a preponderance of the evidence that excessive force was used against him by the Defendant, Officer Karl Dugal?

    YES _____        NO _____

### **State Law Assault and Battery**

4. Has the Plaintiff, George Savage, proven by a preponderance of the evidence that the Defendant, Officer Karl Dugal, committed an assault and battery against him?

   YES _____          NO _____

### **Massachusetts Civil Rights Act**

5. Has the Plaintiff, George Savage, proven by a preponderance of the evidence that Officer Karl Dugal threatened, intimidated, or harassed him in order to prevent him from exercising a separate constitutional right?

   YES _____          NO _____

### **State Law Malicious Prosecution**

6. Has the Plaintiff, George Savage, proven by a preponderance of the evidence that the Defendant, Officer Karl Dugal, initiated criminal proceedings against him maliciously and without probable cause?

   YES _____          NO _____

*If you answered "No" to all of Questions 1 through 6, then your deliberations are <u>complete</u>. You may sign and date this form.*

*If you answered "Yes" to any of Questions 1 through 6, then proceed to the "Damages" section.*

## **Damages**

7. What amount of compensatory damages, if any, is Plaintiff George Savage entitled to receive?

    $_____ (amount in numbers)


    $_____ (amount in words)



_____                    _____
Date                                    Foreperson

Date:  January 28, 2019						Respectfully Submitted,

**DEFENDANT KARL DUGAL,**

Eugene O'Flaherty
Corporation Counsel

By his assistants,


/s/ Matthew M. McGarry
Erika P. Reis (BBO#669930)
Senior Assistant Corporation Counsel
Matthew M. McGarry (BBO#678363)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4031 (Reis)
617-635-4042 (McGarry)
Erika.Reis@boston.gov
Matthew.McGarry@boston.gov


## CERTIFICATE OF SERVICE

	I hereby certify that a true copy of the above document was served upon counsel for all parties of record via this Court's electronic filing system.

Date:  January 28, 2019			/s/ Matthew M. McGarry
						Matthew M. McGarry