UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE SAVAGE<br>    *Plaintiff*,<br><br>v.<br><br>KARL DUGAL, in his<br>individual capacity,<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.:   1:17-cv-11263-WGY |

## **JOINT PROPOSED STIPULATIONS OF FACT**

Now come the parties and present the Court with the following proposed stipulations of fact.

1. Defendant Karl Dugal was a Boston Police Officer at the time of the incident.

2. When Officer Dugal arrested Mr. Savage, Officer Dugal was acting under color of state law.

3. Plaintiff George Savage did not have any warrants for his arrest at the time of the incident.

4. On the date of the incident, Robert Green had warrants for his arrest related to various drug and motor vehicle offenses in the Dorchester Division of the Boston Municipal Court.

5. The criminal case against Mr. Savage resulting from this incident was resolved in Mr. Savage's favor.

Respectfully submitted,

| **PLAINTIFF GEORGE SAVAGE** | **DEFENDANT KARL DUGAL** |
|---|---|
| | Eugene L. O'Flaherty<br>Corporation Counsel |
| By his attorneys: | By his assistant: |
| /s/ Justin Drechsler | /s/ Erika P. Reis |
| Justin Drechsler (BBO# 676968)<br>Law Offices of Justin Drechsler, P.C.<br>P.O. Box 1390<br>Montpelier, VT 05601<br>(617) 210-7955<br>jdlawboston@gmail.com<br><br>Patrick Groulx (BBO# 673394)<br>Isenberg Groulx, LLC<br>368 W Broadway, Suite 2<br>Boston, MA 02127<br>(857) 880-7889<br>patrick@i-gllc.com | Erika P. Reis (BBO# 669930)<br>Senior Assistant Corporation Counsel<br>Matthew M. McGarry (BBO# 678363)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4031 (Reis)<br>(617) 635-4042 (McGarry)<br>erika.reis@boston.gov<br>matthew.mcgarry@boston.gov |

Dated: February 1, 2019

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on February 1, 2019.

                                                  /s/ Justin Drechsler
                                                   Justin Drechsler