2/6/2019
4:25 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE SAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | No. 17-11263-WGY |
| KARL DUGAL, ) | |
| ) | |
| Defendant. ) | |

## JURY VERDICT

1. On the arrest without probable cause claim, we find for:

    __X__   Karl Dugal

    _____   George Savage

2. On the malicious prosecution claim, we find for:

    __X__   Karl Dugal

    _____   George Savage

3. On the false imprisonment claim, we find for:

    __X__   George Savage

    _____   Karl Dugal

4. On the excessive force claim, we find for:

    __X__   Karl Dugal

    _____   George Savage

5. We assess $12,750 (TWELVE THOUSAND SEVEN HUNDRED & FIFTY) compensatory damages

    _____   punitive damages

Date: 2/6/19

_____
Foreman