UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE SAVAGE,              )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>KARL DUGAL,                  )<br>                             )<br>            Defendant.       )<br>                             ) | CIVIL ACTION<br>NO. 17-11263-WGY |

YOUNG, D.J.                                    March 19, 2019

### ORDER

The renewed motion for judgment as matter of law, for a new trial, or to alter the judgment is DENIED.

The jury verdict was quite logical, well-informed, and justified by the evidence. Here Savage failed to carry his burden of proof that Dugal arrested him without probable cause. Logically the verdict was for Dugal on the Section 1983 and cognate Massachusetts civil right claims.

"In a false arrest claim [,however,] where an arrest is effected without a warrant [as was undisputed here], it is indeed the **defendant's** burden to prove a justification." Gutierrez v. Massachusetts Bay Trans. Authy., 437 Mass 396, 409 (2002) (Cowin, J.) (collecting cases) (emphasis supplied). Here Dugal failed to carry that burden. The jury was properly so

instructed. Its verdict and the subsequent judgment on the false imprisonment claim stands.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE

[2]